JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LORENZO BROOKS,                   )     Case No. EDCV 10-389-DMG (OP)
                                  )
                                  )     J U D G M E N T
                 Petitioner,      )
                                  )
        v.                        )
                                  )
ARNOLD SCHWARZENEGGER,            )
et al.,                           )
                                  )
                 Respondents.     )
                                  )

        IT IS ADJUDGED that the Petition is denied and this action is dismissed
without prejudice.

DATED: _5/4/10_           _____
                          HONORABLE DOLLY M. GEE
                          United States District Judge

Prepared by:


_____
HONORABLE OSWALD PARADA
United States Magistrate Judge